SHERR LAW GROUP, LLP
BY: Anthony Sherr, Esquire
Identification No. 44603
Julie Owsik Ackerman, Esquire
Identification No. 201754
101 W. Airy Street, Ste. 100
Norristown, PA 19401
484-591-3000

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ESTATE OF ZACHARIAH WHITE BY AND THROUGH ADMINISTRATRIX LOIS BENT AND LOIS BENT, HIS MOTHER, Plaintiff | : | JURY TRIAL DEMANDED |
| v. | : | No. : |
| WELLSPAN YORK HOSPITAL HOSPITAL, KHATIJIA ZAHIRUDDIN, D.O., HOWARD GOLDBERG, M.D., MICHELE J. SNYDER, R.N., MARK PETERSON, R.N., AMYE. GOLDEN, R.N., MEDICAL PROVIDER JOHN DOES,CITY OF YORK, YORK OFFICER JOHNDOES 1-2, OFFICER TANNER HOOVER, OFFICER HOOVER, a potentially fictious name, SECURITY OFFICER JOHN DOES,SPRING GARDEN TOWNSHIP, OFFICERBRANDON NOLAN and SPRING GARDEN OFFICER JOHNDOES 1-2, Defendants | : | |

## NOTICE OF REMOVAL

NOW COMES, Defendants, Spring Garden Township and Officer Nolan, by and through their authorized counsel of record, Sherr Law Group, LLP, and serve

notice that the above captioned matter is being removed to the United States District Court for the Middle District of Pennsylvania. The basis of this removal is as follows:

1. This matter originated as a complaint filed with the York County Court which the docket reflects was filed on May 1, 2026.

2. The matter was captioned as *Lois Bent et al. v. WellSpan York Hospital et al.* under docket number 2026-SU-001969.

3. The complaint was not served upon Defendants, Spring Garden Township and Officer Nolan.

4. Spring Garden Township and Officer Nolan first learned of the complaint through Co-Defendants Howard Goldberg, M.D., Michele J. Snyder, RN, Amy E. Golder, RN, and WellSpan York Hospital serving their Praecipe for Entry of Partial Judgment of Non-Pros.

5. The complaint was attached as Exhibit "A" in the Praecipe referenced above in ¶4.

6. The Praecipe for Entry of Partial Judgment of Non-Pros on Behalf of Defendants Howard Goldberg, M.D., Michele J. Snyder, RN, Amy E. Golder, RN, and WellSpan York Hospital is attached to this Notice of Removal as Exhibit "A".

7. As there has been no service of the complaint, this Notice of Removal is filed timely.

8. The docket reflects no previous service upon Defendant Spring Garden Township or Officer Nolan.

9. Plaintiff and Defense counsel who have entered their appearance have been contacted concerning this Notice of Removal, however, only Collin T. Keyser,

Esquire, has responded. Mr. Keyser indicates no objection to removal.

10. Plaintiffs' claims in the complaint against Defendant Spring Garden Township and Officer Nolan are pursuant to 42 U.S.C. §1983 for an alleged violation of plaintiffs' constitutional rights.

11. This action is a civil action of which the United States District Court for the Middle District of Pennsylvania has original jurisdiction pursuant to 28 U.S.C. § 1441(a) and is being removed.

12. This action is properly removed from the York County Court of Common Pleas to the United States District Court for the Middle District of Pennsylvania.

Respectfully Submitted,

**SHERR LAW GROUP, LLP**

BY:______________________

Anthony Sherr, Esquire

## Certificate of Compliance

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

**SHERR LAW GROUP, LLP**

BY:____________________________________
Anthony Sherr, Esquire